FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MULTICARE HEALTH SYSTEM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHS WASHINGTON HOLDINGS, LLC, a Delaware limited liability company and CHS/COMMUNITY HEALTH SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | NO: 2:22-CV-0007-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 49. The parties agree that the above-captioned action, including all claims and counterclaims asserted herein, be dismissed with prejudice and with each party to bear its respective attorneys' fees and costs. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this entire action is **DISMISSED** with prejudice and with each party to bear its respective attorneys' fees and costs.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 27, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2